THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MURIDI MOHAMED, Appellant. (Appeal No. 2.) [997 NYS2d 655]—Appeal from a judgment of the Erie County Court (Thomas P. Franczyk, J.), rendered October 4, 2012. The judgment convicted defendant, upon a nonjury verdict, of manslaughter in the first degree.

It is hereby ordered that the case is held, the decision is reserved and the matter is remitted to Erie County Court for further proceedings in accordance with the same memorandum as in *People v Mohamed* ([appeal No. 1] 124 AD3d 1332 [2015]). Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

MARK BRADSTREET, as Parent and Natural Guardian of MARK WESLEY BRADSTREET, Respondent, v HONEOYE FALLS LIMA CENTRAL SCHOOL DISTRICT, Appellant. [998 NYS2d 129]—Appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered January 23, 2014. The order denied the motion of defendant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.